**B.G. BALMER & CO., INC., Respondent**

v.

**FRANK CRYSTAL & COMPANY, INC., Eric Hample, Brian Courtney, Bruce Einstein, Peter Reilly and C. Richard Peterson, Petitioners**

**No. 725 MAL 2016**

Supreme Court of Pennsylvania.

March 14, 2017

## ORDER

PER CURIAM

AND NOW, this 14th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

**ESTATE OF Frank C. NICHOLAS and Elizabeth S. Nicholas, Petitioners**

v.

**The CUTLER GROUP, INC., Respondent**

**No. 653 MAL 2016**

Supreme Court of Pennsylvania.

March 14, 2017

## ORDER

PER CURIAM

AND NOW, this 14th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.